| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **PEAK TAHOE LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **86-3814330** |
| 4. | Debtor's address | **Principal place of business**  **323 TRAMWAY DRIVE #101 STATELINE, NV 89449**  Number, Street, City, State & ZIP Code  **Douglas**  County | **Mailing address, if different from principal place of business**  **6609 FOLSOM AUBURN RD B-100 FOLSOM, CA 95630**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **323 TRAMWAY DR UNITS 101 THRU 112;201 THRU 212;301 THRU 312; 401 THRU 412 APNS: 1319-30-544-000 THRU 054 STATELINE, NV 89449**  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **PEAK TAHOE LLC**        Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **PEAK TAHOE LLC** _____   Case number (*if known*)_____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
     Contact name _____
     Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

| Debtor | **PEAK TAHOE LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **PEAK TAHOE LLC**            Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 18, 2023**
              MM / DD / YYYY

X **/s/ JONATHAN MOUGHARBEL, AS TRUSTEE, MANAGING MEMBER**           **JONATHAN MOUGHARBEL, AS TRUSTEE, MANAGING MEMBER**
Signature of authorized representative of debtor                     Printed name

Title  **OF SHEBA DEVELOPMENT, LLC, MEMBER OF THE PEAK TAHOE L.L.C.**

**18. Signature of attorney**

X **/s/ STEPHEN R. HARRIS**                    Date **July 18, 2023**
Signature of attorney for debtor                     MM / DD / YYYY

**STEPHEN R. HARRIS**
Printed name

**HARRIS LAW PRACTICE LLC**
Firm name

**850 E. PATRIOT BLVD.
SUITE F
Reno, NV 89511**
Number, Street, City, State & ZIP Code

Contact phone  **775-786-7600**        Email address  **steve@harrislawreno.com**

**001463 NV**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **PEAK TAHOE LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 18, 2023**          X **/s/ JONATHAN MOUGHARBEL, AS TRUSTEE, MANAGING MEMBER**
                                            Signature of individual signing on behalf of debtor

                                         **JONATHAN MOUGHARBEL, AS TRUSTEE, MANAGING MEMBER**
                                         Printed name

                                         **OF SHEBA DEVELOPMENT, LLC, MEMBER OF THE PEAK TAHOE L.L.C.**
                                         Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **PEAK TAHOE LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| CALIFORNIA MANTLE<br>PO BOX 340037<br>Sacramento, CA 95864 | | GOODS/ SERVICES | | | | $3,840.00 |
| CHEEK CONSTRUCTION<br>3303 RENO HIGHWAY<br>Fallon, NV 89406 | | GOODS/ SERVICES | | | | $571.25 |
| DSS DEVELOPMENT SOLUTIONS<br>8915 S. PECOS ROAD #20A<br>Henderson, NV 89074 | | GOODS/ SERVICES | | | | $1,857.92 |
| HIGH SIERRA FIRE<br>3250 RETAIL DRIVE SUITE 120-24<br>Carson City, NV 89706 | | GOODS/ SERVICES | | | | $38,131.97 |
| JUSTIN WILSON CONSTRUCTION<br>PO BOX 3886<br>Carson City, NV 89702 | | GOODS/ SERVICES (POTENTIALLY AVOIDABLE MECHANIC'S LIEN) | | | | $90,165.10 |

Debtor **PEAK TAHOE LLC**
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **KEENAN HOPKINS SUDER & STOWELL CONTRACTORS, INC. DBA KHS&S CONTRACTORS** 5109 E. LA PALMA AVE, SUITE A Anaheim, CA 92807 | | GOODS/ SERVICES | | | | $198,155.27 |
| **KEMPER MASONRY** PO BOX 417 Zephyr Cove, NV 89448 | | GOODS/ SERVICES | | | | $3,750.00 |
| **OTIS ELEVATOR** 725 TRADEMARK DR. SUITE 102 Reno, NV 89521 | | GOODS/ SERVICES | | | | $6,957.72 |
| **PROVIDENCE ELECTRIC INC.** 390 FREEPORT BLVD. #11 Sparks, NV 89431 | | GOODS/ SERVICES | | | | $72,055.00 |
| **SIERRA PACIFIC WIND** PO BOX 8489 Red Bluff, CA 96080 | | GOODS/ SERVICES | | | | $123,096.37 |
| **SIERRA SINGLE PLY, INC.** 1812 MAIN STREET #130 Sacramento, CA 95838 | | GOODS/ SERVICES (POTENTIALLY AVOIDABLE MECHANIC'S LIEN) | | | | $85,708.04 |
| **SLOBOGIN STEEL & CONSTRUCTION LLC** PO BOX 455 Minden, NV 89423 | | GOODS/ SERVICES (POTENTIALLY AVOIDABLE MECHANIC'S LIEN) | | | | $30,629.28 |
| **UNIVERSAL ENGINEERING** 695 EDISON WAY Reno, NV 89502 | | GOODS/ SERVICES | | | | $9,178.50 |
| **VERTICAL IRON WORKS** 307 MORRILL AVE. Reno, NV 89512 | | GOODS/ SERVICES | | | | $58,074.00 |

| Debtor | PEAK TAHOE LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WESTERN WATER FEATURES**<br>**5088 HILLSDALE CIRCLE**<br>**El Dorado Hills, CA 95762** | | **GOODS/ SERVICES** | | | | $1,487.50 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 3

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re  **PEAK TAHOE LLC**  
Debtor(s)

Case No.  
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **ACTUAL FEES/COSTS** |
   | Prior to the filing of this statement I have received | $ **$40,000.00** |
   | Balance Due | $ **UNKNOWN** |

2. The source of the compensation paid to me was:

   ☐ Debtor   ☒ Other (specify): SHEBA DEVELOPMENT LLC

3. The source of compensation to be paid to me is:

   ☒ Debtor   ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

July 18, 2023  
*Date*

/s/ Stephen R. Harris  
**STEPHEN R. HARRIS**  
*Signature of Attorney*  
**HARRIS LAW PRACTICE LLC**  
**850 E. PATRIOT BLVD.**  
**SUITE F**  
**Reno, NV 89511**  
**775-786-7600   Fax: 775-786-7764**  
**steve@harrislawreno.com**  
*Name of law firm*

# United States Bankruptcy Court
### District of Nevada

In re **PEAK TAHOE LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **SHEBA DEVELOPMENT, LLC**<br>**6609 FOLSOM-AUBURN RD**<br>**B-100**<br>**Folsom, CA 95630** | | **99.5%** | **MEMBER** |
| **THE PEAK TAHOE L.L.C.**<br>**A DELAWARE LIMITED LIABILITY COMPANY**<br>**323 TRAMWAY DRIVE**<br>**Stateline, NV 89449** | | **0.5%** | **MANAGING MEMBER** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, **JONATHAN MOUGHARBEL, AS TRUSTEE, MANAGING MEMBER OF SHEBA DEVELOPMENT, LLC, MEMBER OF THE PEAK TAHOE L.L.C., MANAGING MEMBER OF PEAK TAHOE LLC** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  July 18, 2023

Signature  /s/ Jonathan Mougharbel
**JONATHAN MOUGHARBEL, AS TRUSTEE, MANAGING MEMBER OF SHEBA DEVELOPMENT, LLC,  MEMBER OF THE PEAK TAHOE L.L.C., MANAGING MEMBER OF PEAK TAHOE LLC**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of Nevada**

In re   **PEAK TAHOE LLC**                                       Case No.
                               Debtor(s)                          Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, **JONATHAN MOUGHARBEL, AS TRUSTEE, MANAGING MEMBER OF SHEBA DEVELOPMENT, LLC, MEMBER OF THE PEAK TAHOE L.L.C., MANAGING MEMBER OF PEAK TAHOE LLC**, the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   July 18, 2023                             /s/ Jonathan Mougharbel
                                                   **JONATHAN MOUGHARBEL, AS TRUSTEE, MANAGING MEMBER/OF SHEBA DEVELOPMENT, LLC, MEMBER OF THE PEAK TAHOE L.L.C.**
                                                   Signer/Title

```
PEAK TAHOE LLC
6609 FOLSOM AUBURN RD B-100
FOLSOM, CA 95630

STEPHEN R. HARRIS
HARRIS LAW PRACTICE LLC
850 E. PATRIOT BLVD.
SUITE F
RENO, NV 89511

INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA, PA 19101-7346

NEVADA DEPARTMENT OF MOTOR VEHICLES
LEGAL DIVISION
855 WRIGHT WAY
CARSON CITY, NV 89711

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON
STE 1300
LAS VEGAS, NV 89101

NEVADA LABOR COMMISSION
1818 E. COLLEGE DRIVE
#102
CARSON CITY, NV 89706

OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET ROOM 3009
RENO, NV 89509

ALCAL SPECIALTY CONTRACTING, INC.
650 SPICE ISLAND DR.
SPARKS, NV 89431

BSP OF FINANCE, LLC
1345 AVENUE OF THE AMERICAS
SUITE 32A
NEW YORK, NY 10105

CALIFORNIA MANTLE
PO BOX 340037
SACRAMENTO, CA 95864

CHEEK CONSTRUCTION
3303 RENO HIGHWAY
FALLON, NV 89406

DSS DEVELOPMENT SOLUTIONS
8915 S. PECOS ROAD
#20A
HENDERSON, NV 89074
```

```
ELIOT BUILDING COMPANY
PO BOX 415
TAHOE VISTA, CA 96148

FIRST SERVICE RESIDENTIAL
PO BOX 30422
TAMPA, FL 33630

HIGH SIERRA FIRE
3250 RETAIL DRIVE
SUITE 120-24
CARSON CITY, NV 89706

JEFFREY S. SPENCER
SILVER STATE LAW, LLC
61 CONTINENTAL DRIVE
RENO, NV 89509

JUSTIN WILSON CONSTRUCTION
PO BOX 3886
CARSON CITY, NV 89702

KEENAN HOPKINS SUDER &
STOWELL CONTRACTORS, INC.
DBA KHS&S CONTRACTORS
5109 E. LA PALMA AVE, SUITE A
ANAHEIM, CA 92807

KEMPER MASONRY
PO BOX 417
ZEPHYR COVE, NV 89448

LANAK & HANNA, P.C.
10781 WEST TWAIN AVE.
LAS VEGAS, NV 89135

MT. ROSE HEATING & AIR CONDITIONING, INC
310 SUNSHINE LANE
RENO, NV 89502

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17TH STREET NW
SUITE 1700
ATLANTA, GA 30363

OTIS ELEVATOR
725 TRADEMARK DR.
SUITE 102
RENO, NV 89521

PROVIDENCE ELECTRIC INC.
390 FREEPORT BLVD. #11
SPARKS, NV 89431
```

```
RICHARD JOSEPH CONSTRUCTION, INC.
390 KIRMAN AVENUE
RENO, NV 89502

RICK OSHINSKI, ESQ.
OSHINSKI & FORSBERG, LTD.
504 E. MUSSER ST, STE 202
CARSON CITY, NV 89701

SAFWAY SERVICES, LLC
750 WALSH AVE.
SANTA CLARA, CA 95050

SCOTT L. HERNANDEZ, ESQ.
1086 GREG STREET
SPARKS, NV 89431

SHANE SINGH, ESQ.
LEWIS BRISBOIS BISGAARD & SMITH, LLP
2020 WEST EL CAMINO AVE.
SACRAMENTO, CA 95833

SHEBA DEVELOPMENT, LLC
6609 FOLSOM-AUBURN RD
B-100
FOLSOM, CA 95630

SIERRA PACIFIC WIND
PO BOX 8489
RED BLUFF, CA 96080

SIERRA SINGLE PLY, INC.
1812 MAIN STREET
#130
SACRAMENTO, CA 95838

SLOBOGIN STEEL & CONSTRUCTION LLC
PO BOX 455
MINDEN, NV 89423

SLOBOGIN STEEL & CONSTRUCTION LLC
C/O MAIL CENTER
9450 SW GEMINI DR #7790
BEAVERTON, OR 97008

SMC CONSTRUCTION CO.
1086 GREG ST.
SPARKS, NV 89431

THE PEAK TAHOE L.L.C.
A DELAWARE LIMITED LIABILITY COMPANY
323 TRAMWAY DRIVE
STATELINE, NV 89449
```

```
UNIVERSAL ENGINEERING
695 EDISON WAY
RENO, NV 89502

VERTICAL IRON WORKS
307 MORRILL AVE.
RENO, NV 89512

WESTERN WATER FEATURES
5088 HILLSDALE CIRCLE
EL DORADO HILLS, CA 95762
```

# United States Bankruptcy Court
## District of Nevada

In re  **PEAK TAHOE LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **PEAK TAHOE LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**SHEBA DEVELOPMENT, LLC**  
**6609 FOLSOM-AUBURN RD**  
**B-100**  
**Folsom, CA 95630**

☐ None [*Check if applicable*]

**July 18, 2023**  
Date

**/s/ STEPHEN R. HARRIS**  
**STEPHEN R. HARRIS**  
Signature of Attorney or Litigant  
Counsel for  **PEAK TAHOE LLC**  
**HARRIS LAW PRACTICE LLC**  
**850 E. PATRIOT BLVD.**  
**SUITE F**  
**Reno, NV 89511**  
**775-786-7600 Fax:775-786-7764**  
**steve@harrislawreno.com**