STEPHEN R. HARRIS, ESQ. NVB 1463
Email: steve@harrislawreno.com
NORMA GUARIGLIA, ESQ. NVB 16244
Email: norma@harrislawreno.com
HARRIS LAW PRACTICE LLC
850 E. Patriot Blvd., Suite F
Reno, NV 89511
Telephone: (775) 786-7600
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

IN RE:

PEAK TAHOE LLC,

_____/

Case No.: 23-50483
(Chapter 11)

**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

Hearing Date: N/A
Hearing Time:

Jonathan Z. Mougharbel, as Trustee, Managing Member of Sheba Development, LLC, Member of The Peak Tahoe, L.L.C., a Delaware limited liability company, Managing Member for PEAK TAHOE LLC, a Nevada limited liability company, declare under penalty of perjury that I am authorized to file a voluntary petition commencing a voluntary Chapter 11 reorganization bankruptcy case on behalf of PEAK TAHOE LLC, a Nevada limited liability company, pursuant to the Unanimous Written Consent of the PEAK TAHOE LLC Members. Furthermore, I am authorized to sign all documents on behalf of PEAK TAHOE LLC with respect to this Chapter 11 bankruptcy filing. Finally, PEAK TAHOE LLC, is hereby authorized to retain the law firm of HARRIS LAW PRACTICE LLC, as its general bankruptcy counsel in this matter.

DATED this 18th day of July 2023.

_____
Jonathan Z. Mougharbel, as Trustee, Managing Member of Sheba Development, LLC, Member of The Peak Tahoe, L.L.C., a Delaware limited liability company, Managing Member for Peak Tahoe LLC