Cameron M. Gulden, Assistant United States Trustee
State Bar #MN 310931
Jared A. Day, Trial Attorney
State Bar #CA 275687
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Booth Street, Room 3009
Reno, NV 89509
Telephone: (775) 784-5335
Fax: (775) 784-5531
E-mail: *jared.a.day@usdoj.gov*

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | ) | Case No. 23-50483-HLB |
|---|---|---|
| **PEAK TAHOE LLC,** | ) ) | Chapter 11 |
| Debtor. | ) ) ) ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

    Office of the United States Trustee
    Attn: Jared A. Day
    300 Booth Street, Suite 3009
    Reno, NV 89509
    Email: *jared.a.day@usdoj.gov*

Dated: July 19, 2023                      TRACY HOPE DAVIS
                                              UNITED STATES TRUSTEE

                                              /s/ *Jared A. Day*
                                              Trial Attorney

Notice of Appearance